UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOE MANIS,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF AGRICULTURE; THOMAS JAMES VILSACK, in his official capacity as the Secretary of Agriculture; MICHAEL WATSON, in his official capacity as Administrator of the Animal and Plant Inspection Service,<br><br>    Defendants. | Civil Action No. 24-cv-175 |

### DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6), OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

NOW COME Defendants, by and through Sandra J. Hairston, United States Attorney for the Middle District of North Carolina, and respectfully move this Court to dismiss Plaintiff's Complaint with prejudice pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief may be granted, or in the alternative, to award summary judgment to Defendants pursuant to Fed. R. Civ. P. 56(a), because there is no genuine dispute as to any material fact and Defendants are entitled to judgment as a matter of law.

As grounds for this motion, Defendants refer the Court to the attached memorandum and supporting declaration.

*(signature on following page)*

1

This the 20th day of May, 2024.

                                Respectfully submitted,

                                SANDRA J. HAIRSTON
                                United States Attorney

                                */s/ Cassie L. Crawford*

                                Cassie L. Crawford, NCSB # 45396
                                Assistant U.S. Attorney
                                101 South Edgeworth Street, 4th Floor
                                Greensboro, North Carolina 27401
                                (336) 333-5351
                                cassie.crawford@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOE MANIS,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF AGRICULTRE; THOMAS JAMES VILSACK, in his official capacity as the Secretary of Agriculture; MICHAEL WATSON, in his official capacity as Administrator of the Animal and Plant Inspection Service,<br><br>    Defendants. | Civil Action No. 24-cv-175 |

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, and that copies of the documents were served via the CM/ECF system on all counsel of record.

_____
Cassie L. Crawford, NCSB # 45396
Assistant U.S. Attorney
101 South Edgeworth Street, 4th Floor
Greensboro, North Carolina 27401
(336) 333-5351
cassie.crawford@usdoj.gov