# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF NORTH CAROLINA

JOE MANIS,

    Plaintiff,

v.

U.S. DEPARTMENT OF AGRICULTURE; THOMAS JAMES VILSACK, in his official capacity as the Secretary of Agriculture; MICHAEL WATSON, in his official capacity as Administrator of the Animal and Plant Health Inspection Service,

    Defendants.

Case No. 1:24-cv-00175

## PLAINTIFF'S COMBINED RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, SUMMARY JUDGMENT AND CROSS-MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Local Rules 7.3(f) and 56.1, Plaintiff Joe Manis respectfully moves for summary judgment on all four claims in his Complaint, Doc. 1, and opposes Defendants' Motion to Dismiss or, in the Alternative, Summary Judgment, Doc. 26. Mr. Manis continues to defend himself in a U.S. Department of Agriculture ("USDA") adjudication against a single allegation that he violated the Horse Protection Act ("HPA") (HPA Docket No. 23-J-0044) (the "USDA Adjudication"). His hearing before the USDA administrative law judge ("ALJ") has concluded. But the ALJ

has not yet entered a decision and post-hearing briefing will likely continue into August 2024. If Mr. Manis receives an adverse decision, there will also be an appeal to USDA's Judicial Officer. Throughout this entire process, Mr. Manis will continue to suffer an ongoing injury from being subjected to an unconstitutionally structured adjudication process. And if the USDA Adjudication ends before a decision is reached in this case, Mr. Manis will lose his opportunity for relief.

Mr. Manis seeks expeditious resolution of his four claims in order to bring the USDA Adjudication and his ongoing injury to an end. Mr. Manis's claims involve legal issues about the constitutionality of the USDA Adjudication that can be resolved based on the current record and accompanying exhibits. As such, Plaintiff's and Defendants' motions can be resolved simultaneously.

As set forth in the supporting memorandum, Mr. Manis's motion for summary judgment should be granted and Defendants' motion to dismiss denied because USDA's adjudication process is unconstitutionally structured. USDA's final decision-maker does not properly hold an office or a principal officer appointment, USDA's ALJs are improperly supervised and

2

Case 1:24-cv-00175-WO-JLW    Document 32    Filed 06/20/24    Page 2 of 5

unconstitutionally protected from removal, and the adjudication of HPA claims is unconstitutionally handled outside of an Article III court without a jury as guaranteed by the Seventh Amendment.

Wherefore, Plaintiff respectfully requests that this Court deny Defendants' motion, grant Plaintiff's Cross-Motion for Summary Judgment, and permanently enjoin the USDA Adjudication. Plaintiff respectfully requests the opportunity to present oral argument in support of this motion. Given that Mr. Manis has raised structural constitutional challenges, Mr. Manis believes evaluation of their merits and the reasons why he should prevail now where he did not on his motion for a preliminary injunction will be aided by oral argument.

DATED: June 20, 2024.

Respectfully submitted,

/s/ Thomas B. Kakassy
Thomas B. Kakassy
North Carolina Bar No.9297
P.O. Box 2436
Gastonia, NC 28053
Telephone: (704) 867-1795
Fax: (704) 867-1820
Tom@kakassylaw.com

3

/s/ Joshua M. Robbins
JOSHUA M. ROBBINS*
Virginia Bar No. 91020
ALLISON D. DANIEL*
Ohio Bar No. 96186
PACIFIC LEGAL FOUNDATION
3100 Clarendon Blvd.
Suite 1000
Arlington, Virginia 22201
Telephone: (202) 888-6881
JRobbins@pacificlegal.org
ADaniel@pacificlegal.org

*Attorneys for Plaintiff*

*\* Appearing by special appearance pursuant to L.R. 83.1*

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2024, I submitted the foregoing to the Clerk of the Court via the District Court's CM/ECF system, which will send notice of this submission to all counsel of record.

/s/ *Joshua M. Robbins*
Joshua M. Robbins