UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

JOE MANIS,

        Plaintiff,

        v.

U.S. DEPARTMENT OF
AGRICULTURE; THOMAS JAMES
VILSACK, in his official capacity as the
Secretary of Agriculture; MICHAEL
WATSON, in his official capacity as
Administrator of the Animal and Plant
Inspection Service,

        Defendants.

Civil Action No. 24-cv-175

## DEFENDANTS' NOTICE OF SUGGESTION OF
## SUBSEQUENTLY DECIDED AUTHORITY

NOW COME Defendants, by and through Sandra J. Hairston, United States

Attorney for the Middle District of North Carolina, pursuant to Local Rule 7.3(i), as an

addendum to Defendants' Motion to Dismiss for Failure to State a Claim, or in the

alternative, for Summary Judgment (Doc. 26) and as a suggestion of subsequent pertinent

and significant authority, provides the following citation to a published decision by the

United States 11th Circuit Court of Appeals: ***Rodriguez v. Social Security Administration***,

**No. 22-13602 (Oct. 1, 2024).**

This the 29th day of October, 2024.

Respectfully submitted,

SANDRA J. HAIRSTON
United States Attorney

_____
Cassie L. Crawford, NCSB # 45396
Assistant U.S. Attorney
101 South Edgeworth Street, 4th Floor
Greensboro, North Carolina 27401
(336) 333-5351
cassie.crawford@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JOE MANIS,

        Plaintiff,

        v.

U.S. DEPARTMENT OF AGRICULTRE;
THOMAS JAMES VILSACK, in his
official capacity as the Secretary of
Agriculture; MICHAEL WATSON, in his
official capacity as Administrator of the
Animal and Plant Inspection Service,

        Defendants.

Civil Action No. 24-cv-175

## CERTIFICATE OF SERVICE

        I hereby certify that on October 29, 2024, the foregoing (including exhibits, if any) was electronically filed with the Clerk of the Court using the CM/ECF system, and that copies of the documents were served via the CM/ECF system, or by other means if specified below, on the following:

Allison Denise Daniel
Pacific Legal Foundation
3100 Clarendon Blvd, Suite 1000
Arlington, VA 22201
Attorney for Plaintiff
Thomas B. Kakassy
Pacific Legal Foundation
3100 Clarendon Blvd, Suite 1000
Arlington, VA 22201
Attorney for Plaintiff

Joshua Martin Robbins
Pacific Legal Foundation
3100 Clarendon Blvd, Suite 1000
Arlington, VA 22201
Attorney for Plaintiff

/s/ Cassie L. Crawford
Cassie L. Crawford
Assistant U.S. Attorney

3