FILED: April 29, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1367
(1:24-cv-00175-WO-JLW)

_____

JOE MANIS

      Plaintiff - Appellant

v.

U.S. DEPARTMENT OF AGRICULTURE; THOMAS JAMES VILSACK, in his official capacity as the Secretary of Agriculture; MICHAEL WATSON, in his official capacity as Administrator of the Animal and Plant Health Administration

      Defendants - Appellees

_____

O R D E R

_____

Upon consideration of submissions relative to appellant's motion for injunction pending appeal, the court denies the motion for failure to satisfy the four-factor test set forth in *Winter v. Natural Resources Defense Council, Inc.*, 555 U.S. 7, 22-24 (2008).

For the Court

/s/ Nwamaka Anowi, Clerk