FILED:  March 28, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 24-1367
(1:24-cv-00175-WO-JLW)

———————————

JOE MANIS

        Plaintiff - Appellant

v.

U.S. DEPARTMENT OF AGRICULTURE; THOMAS JAMES VILSACK, in his
official capacity as the Secretary of Agriculture; MICHAEL WATSON, in his
official capacity as Administrator of the Animal & Plant Health Inspection
Service

        Defendants - Appellees

———————————

O R D E R

———————————

    The court grants the motion to withdraw from further representation on

appeal.

        For the Court--By Direction

        /s/ Nwamaka Anowi, Clerk