IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOE MANIS,<br>    Plaintiff,<br> v.<br><br>U.S. DEPARTMENT OF AGRICULTURE;<br>THOMAS JAMES VILSACK, in his<br>official capacity as the<br>Secretary of Agriculture;<br>MICHAEL WATSON, in his official<br>capacity as Administrator of<br>the Animal and Plant Health<br>Inspection Service,<br><br>    Defendants. | Case No. 1:24-cv-00175 |

**PLAINTIFF'S SUGGESTION OF
SUBSEQUENTLY DECIDED AUTHORITY**

Plaintiff Joe Manis hereby provides, pursuant to Local Rule 7.3(i), as an addendum to Plaintiff's Combined Response In Opposition To Defendants' Motion To Dismiss Or, In The Alternative, Summary Judgment and Cross-Motion For Summary Judgment (Doc. 32) and Reply in Support of Plaintiff's Cross-Motion for Summary Judgment (Doc. 37), and as a suggestion of subsequent pertinent and significant authority, the following citation to a published decision by the United States Court of Appeals for the Third Circuit: ***Sun Valley Orchards, LLC v.***

*U.S. Dep't of Lab.*, --- F.4th ---, 2025 WL 2112927 (3d Cir. July 29, 2025).

DATED: August 1, 2025.

Respectfully submitted,

/s/ *Thomas B. Kakassy*
THOMAS B. KAKASSY
North Carolina Bar No.9297
P.O. Box 2436
Gastonia, NC 28053
Telephone: (704) 867-1795
Fax: (704) 867-1820
Tom@kakassylaw.com

/s/ *Joshua M. Robbins*
JOSHUA M. ROBBINS*
Virginia Bar No. 91020
ALLISON D. DANIEL*
Ohio Bar No. 96186
PACIFIC LEGAL FOUNDATION
3100 Clarendon Blvd.
Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
JRobbins@pacificlegal.org
ADaniel@pacificlegal.org
*Attorneys for Plaintiff*

* *Appearing by special appearance pursuant to L.R. 83.1*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2025, I submitted the foregoing to the Clerk of the Court via the District Court's CM/ECF system, which will send notice of this submission to all counsel of record.

/s/ *Joshua M. Robbins*
JOSHUA M. ROBBINS*