# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOE MANIS,<br>    Plaintiff,<br> v.<br><br>U.S. DEPARTMENT OF AGRICULTURE; BROOKE ROLLINS, in her official capacity as the Secretary of Agriculture; MICHAEL WATSON, in his official capacity as Administrator of the Animal and Plant Health Inspection Service,<br><br>    Defendants. | Case No. 1:24-cv-00175 |

**NOTICE OF APPEAL**

Plaintiff Joe Manis appeals to the United States Court of Appeals for the Fourth Circuit from Memorandum Opinion and Order (ECF No. 55) and Judgment (ECF No. 56), entered on August 19, 2025.

DATED: August 25, 2025.

              Respectfully submitted,

              */s/ Thomas B. Kakassy*
              THOMAS B. KAKASSY
              North Carolina Bar No. 9297
              P.O. Box 2436
              Gastonia, NC 28053
              Telephone: (704) 867-1795
              Fax: (704) 867-1820
              Tom@kakassylaw.com

1

*/s/ Joshua M. Robbins*
JOSHUA M. ROBBINS*
Virginia Bar No. 91020
ALLISON D. DANIEL*
Ohio Bar No. 96186
PACIFIC LEGAL FOUNDATION
3100 Clarendon Blvd.
Suite 1000
Arlington, Virginia 22201
Telephone: 202-945-9524
JRobbins@pacificlegal.org
ADaniel@pacificlegal.org

*Attorneys for Plaintiff*

*\* Appearing by special appearance pursuant to L.R. 83.1*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2025, I submitted the foregoing to the Clerk of the Court via the District Court's CM/ECF system, which will send notice of this submission to all counsel of record.

_/s/ Joshua M. Robbins___
Joshua M. Robbins