FILED: August 28, 2025

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 25-2001
(1:24-cv-00175-WO-JLW)

_____

JOE MANIS

         Plaintiff - Appellant

v.

UNITED STATES DEPARTMENT OF AGRICULTURE; BROOKE ROLLINS, in his official capacity as the Secretary of Agriculture; MICHAEL WATSON, in his official capacity as Administrator of the Animal & Plant Health Inspection Service

         Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Middle District of North Carolina at Greensboro |
| Originating Case Number | 1:24-cv-00175-WO-JLW |
| Date notice of appeal filed in originating court: | 08/25/2025 |
| Appellant(s) | JOE MANIS |
| Appellate Case Number | 25-2001 |
| Case Manager | Kirsten Hancock<br>804-916-2702 |